# EXHIBIT B

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/14/2023 | 🕐 | Email opp. counsel r.e. finalized Cheeks Letter<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 02/14/2023 | 🕐 | Finalize Cheeks Letter<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 02/14/2023 | 🕐 | Review opp. counsel's redlined Cheeks Letter<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 02/14/2023 | 🕐 | Respond to opp. counsel's email r.e. redlined Cheeks Letter<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 02/14/2023 | 🕐 | Email opposing counsel r.e. signed settlement agreement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 02/14/2023 | 🕐 | Email opposing counsel r.e. Cheeks Letter<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 02/14/2023 | 🕐 | Draft proposed Cheeks letter<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 6.25h | $325.00 | - | $2,031.25 |
| 02/14/2023 | 🕐 | Phone call with opposing counsel r.e. settlement agreement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 02/14/2023 | 🕐 | Email opposing counsel r.e. settlement agreement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| | | | | | | | **$0.00**<br>0.00h | **$15,542.80**<br>47.50h |

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/14/2023 | 🕒 | Email client r.e. settlement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 02/09/2023 | 🕒 | Email opposing counsel r.e. proposed settlement agreement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 02/09/2023 | 🕒 | Revise proposed settlement agreement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 4.50h | $325.00 | - | $1,462.50 |
| 02/02/2023 | 🕒 | Respond to opposing counsel's email r.e. settlement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/31/2023 | 🕒 | Phone call with client r.e. settlement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.25h | $325.00 | - | $81.25 |
| 01/31/2023 | 🕒 | Respond to opposing counsel's email r.e. settlement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/31/2023 | 🕒 | Email opposing counsel r.e. settlement, attn. to collective action claims<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 01/20/2023 | 🕒 | Phone call with opposing counsel r.e. settlement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 01/20/2023 | 🕒 | Email opposing counsel r.e. settlement | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| | | | | | | | $0.00<br>0.00h | $15,542.80<br>47.50h |

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | [22-cv-08444] | | | | | |
| 01/18/2023 | 🕒 | Conference with co-counsel, attn. to settlement discussions<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.50h | $325.00 | - | $487.50 |
| 01/18/2023 | 🕒 | Email opposing counsel r.e. settlement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/11/2023 | 🕒 | Email opposing counsel r.e. availability for meet-and-conferral<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/10/2023 | 🕒 | Draft preliminary mediation statement<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 2.25h | $325.00 | - | $731.25 |
| 01/05/2023 | 🕒 | Email opposing counsel r.e. settlement demand.<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/05/2023 | 🕒 | Respond to mediator's email r.e. availability for mediation<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/05/2023 | 🕒 | Email opposing counsel & mediator availability r.e. mediation<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/04/2023 | 🕒 | Email opposing counsel r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| | | | | | | | $0.00<br>0.00h | $15,542.80<br>47.50h |

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | 🕐 | Phone call with opposing counsel r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 01/04/2023 | 🕐 | Email client r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 01/04/2023 | 🕐 | Phone call with client r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 12/22/2022 | 🕐 | Email opposing counsel r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 12/21/2022 | 🕐 | Conference with co-counsel, attn. to conditional certification<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.50h | $325.00 | - | $487.50 |
| 12/16/2022 | 🕐 | Phone call with opposing counsel r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 12/16/2022 | 🕐 | Email opposing counsel r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 12/14/2022 | 🕐 | Email opposing counsel r.e. settlement demand<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 12/09/2022 | 🕐 | Conference with co-counsel, attn. to proposed early resolution and settlement discussions | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.50h | $325.00 | - | $487.50 |

|  |  |  |  |  |  |  | **$0.00**<br>0.00h | **$15,542.80**<br>47.50h |

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | | | | | | |
| 12/02/2022 | 🕐 | Email opposing counsel r.e. settlement demand<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/30/2022 | 🕐 | Email potential witness r.e. wage claims<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/22/2022 | 🕐 | Phone call with client, attn. to settlement discussions<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 11/22/2022 | 🕐 | Email opp. counsel, r.e. settlement discussions<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/22/2022 | 🕐 | Phone call with opp. counsel, attn. to settlement discussions<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 11/16/2022 | 🕐 | Email opp. counsel r.e. damages computation in excel<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/16/2022 | 🕐 | Email opp. counsel r.e. damages computation<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/16/2022 | 🕐 | Draft damages computation<br>Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.50h | $325.00 | - | $487.50 |
| | | | | | | | **$0.00**<br>0.00h | **$15,542.80**<br>47.50h |

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/11/2022 | 🕐 | Email opp. counsel r.e. meet-and-conferral<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/09/2022 | 🕐 | Conference with co-counsel, attn. to case strategy and proposed early resolution<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 1.50h | $325.00 | - | $487.50 |
| 11/03/2022 | 🕐 | Research defendant, attn. to service of process<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 2.25h | $325.00 | - | $731.25 |
| 11/03/2022 | 🕐 | Double check calendaring of case deadlines<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 11/03/2022 | 🕐 | Email paralegal r.e. case deadlines<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/03/2022 | 🕐 | Email opp. counsel r.e. consent to stipulation r.e. extension of time to answer Complaint<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/03/2022 | 🕐 | Email potential witness r.e. wage claims<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |
| 11/03/2022 | 🕐 | Email opp. counsel r.e. proposed stipulation r.e. extension of time to answer Complaint<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.20h | $325.00 | - | $65.00 |

| | | | | | | | $0.00<br>0.00h | $15,542.80<br>47.50h |

# Activities Export

02/15/2023
2:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/03/2022 | 🕐 | Review proposed stipulation r.e. extension of time to answer Complaint<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 0.75h | $325.00 | - | $243.75 |
| 10/16/2022 | $ | Process Server<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Alexis Abrego | 1.00 | $115.80 | - | $115.80 |
| 10/04/2022 | $ | Complaint filing fee<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Alexis Abrego | 1.00 | $402.00 | - | $402.00 |
| 10/04/2022 | 🕐 | Drafting documents and starting new civil matter.<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Alexis Abrego | 1.50h | $50.00 | - | $75.00 |
| 09/28/2022 | 🕐 | Draft FLSA Complaint<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 5.50h | $325.00 | - | $1,787.50 |
| 08/15/2022 | 🕐 | Conduct client intake<br>● Unbilled | 00639-Hizmo<br>Hizmo v. Fiskaa, LLC<br>[22-cv-08444] | Jason Mizrahi | 3.25h | $325.00 | - | $1,056.25 |
|  |  |  |  |  |  |  | $0.00<br>0.00h | $15,542.80<br>47.50h |