# EXHIBIT C

**PACER Maintenance, 10/09/2022**

Our systems will undergo maintenance on Sunday, October 9, 2022, from 6:55 a.m. to 7:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know.

Log in to PACER Systems

| | |
|---|---|
| **Account Number** | 4195686 |
| **Username** | Jlevinepstein |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

**Pay Filing Fee for New York Southern District Court**

\* Required Information

**Payment Amount**

Amount Due *    **$402.00**

**Select a Payment Method**

○ VISA
Joshua D. Levin-Epstein
XXXXXXXXXXXX3054
07/2027

○ **Enter a credit card**

**Note:** We protect the security of your information during transmission using Secure Sockets Layer (SSL) software, which encrypts information you submit.

[Next]  [Cancel]

PACER FAQ           Privacy & Security           Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357                         Phone 718-362-4890 -- FAX 718-352-0400
                                                                                info@ppservers.com

Attn:                                           **Due By: 11/14/2022**
LEVIN EPSTEIN & ASSOCIATES PC                   Invoice Date: 10/15/2022
60 EAST 42ND ST., STE#4700                      Invoice #: 1517836
NEW YORK , NY 10165                             Job#: 1517836
                                                Client File#: hizmo vs. fiskaa

                                                **TOTAL INVOICE AMOUNT DUE**

                                                                        $115.80

- - - - - - -                                                        - - - - - - -

**Job #:** 1517836    **Your #:** hizmo vs. fiskaa                 **Recipient:**            **Date Received:**
**Plaintiff:** Aheron Hizmo, on behalf of himself and others similarly   FISKKAA, LLC              10/6/2022
**Defendant:** FISKAA, LLC                                          **Person Served:**         **Completed:**
**Index Number** 1:22-CV-08439-JPC                                  SUE ZOUKY                  10/12/2022
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT              SEC OF STATE , ALBANY, NY 12207

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | 1 | $40.00 | $40.00 |
| COPIES | 72 | $0.15 | $10.80 |
| | | Job Total Due = | $115.80 |

**TOTAL INVOICE CHARGES:**                                                      $115.80
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**                                                   $115.80