UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHERON HIZMO,

                Plaintiff,

      -v-

FISKAA, LLC,

                Defendant.

22-CV-8444 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 17.) The proposed settlement involves $22,989.28 to be allocated to Plaintiff Walsh Costigan in connection with her FLSA claims. (*Id.*) One-third of the settlement sum will be collected in attorney's fees and costs. (*Id.*)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 17 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge